USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: __8/28/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLAVIO PELLICCIONE,

Petitioner,

-against-

WILLIAM P. JOYCE, in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement (ICE ERO);
ROBERT J. RYAN, in his official capacity as Acting Supervisory Detention and Deportation Officer, ATD/ISAP, New York City Field Office, ICE; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

26 Civ. 7127 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The government moves for a *nunc pro tunc* extension of time, ECF No. 11, for its response brief, and Petitioner moves for leave to file a Reply and Traverse of up to 5,000 words, ECF No 12.

Petitioner does not consent to, but does not oppose, the government's motion. *See* ECF No. 12. The government's motion is GRANTED. The government's response brief, Mem., ECF No. 10, shall be deemed timely.

The government's memorandum introduces substantial new factual matter. *See* Mem. Accordingly, Petitioner's request to file a Reply and Traverse of up to 5,000 words is GRANTED. Petitioner's shall file its Reply and Traverse by **August 31, 2026.**

SO ORDERED.

Dated: August 28, 2026
New York, New York

ANALISA TORRES
United States District Judge