USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __9/3/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLAVIO PELLICCIONI,

Petitioner,

-against-

WILLIAM P. JOYCE, in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement (ICE ERO); ROBERT J. RYAN, in his official capacity as Acting Supervisory Detention and Deportation Officer, ATD/ISAP, New York City Field Office, ICE; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

26 Civ. 7127 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has concluded that material factual disputes must be resolved before deciding the Petition. *See* 28 U.S.C. § 2243 (requiring the Court to "summarily hear and determine the facts, and dispose of the matter as law and justice require").

By **September 14, 2026**, Respondents shall submit a supplemental return with evidence addressing:

1. Why, and according to what policies, the August 3, 2026 GPS decision was unauthorized and erroneous.
2. How the August 4, 2026 GPS decision was made, including all records relied upon, the identity of the decisionmaker(s), and any policies that guided the decision.
3. The factual basis for the statement at paragraph 29 of the declaration of Supervisory Detention and Deportation Officer Robert Ryan, ECF No. 8, regarding Italy's extradition request.

In light of the outstanding factual disputes and Petitioner's consent to requiring a supplemental return, *see* Reply at 19, ECF No. 14, the Court determines that good cause exists for delaying a potential hearing under 28 U.S.C. § 2243. *See id.*

SO ORDERED.

Dated: September 3, 2026
New York, New York

ANALISA TORRES
United States District Judge